**F.W. BAUMGARTNER, d/b/a Baumgartner Oil Company, Petitioner,**

v.

**WEST AMERICAN INSURANCE COMPANY, Respondent.**

**No. 91SC122.**

Supreme Court of Colorado, En Banc.

June 17, 1991.

Montgomery, Green, Jarvis, Kolodny & Markusson, Dennis H. Markusson, Robert W. Muilenburg, Denver, respondent.

Gorsuch, Kirgis, Campbell, Walker & Grover, Robert J. Kapelke, David B. Seserman, Laura J. Nagle, Denver, petitioner.

Holland & Hart, Brooke Jackson, Elizabeth A. Phelan, Denver.

Bradley Campbell Carney & Madsen P.C., John R. Jacus, Russell Carparelli, Golden.

Berkowitz Brady & Backus P.C., William J. Brady, Denver.

Geoffrey T. Wilson, Denver.

Popham Haik Schnobrich & Kaufman Ltd., Gary E. Parish, Denver.

Popham Haik Schnobrich & Kaufman Ltd., John E. Heintz, Lisa I. Latorre, Sarah Posner, Washington, D.C.

Davis Graham & Stubbs P.C., Elizabeth H. Temkin, Denver.

Covington & Burling, William H. Allen, William F. Greaney, Washington D.C.

Gale A. Norton, Atty. Gen., Raymond T. Slaughter, Chief Deputy Atty. Gen., Timothy M. Tymkovich, Sol. Gen., James D. Ellman, First Asst. Atty. Gen., CERCLA Litigation Section, Denver.

ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED, EN BANC, that the Petition for Certiorari shall be, and the same hereby is, GRANTED, and the judgment of the court of appeals 812 P.2d 696 is vacated. The case is remanded to the court of appeals for reconsideration in light of *Hecla Mining Co. v. New Hampshire Insurance Co.*, 811 P.2d 1083 (Colo.1991).

NOW THEREFORE, this cause is remanded to the court of appeals for further proceedings in conformance with the judgment of this Court.